[No. 7882.]

COLORADO EASTERN RAILROAD COMPANY V. WARD.

*Error to the Court of Appeals.*

Messrs. ROGERS, ELLIS & JOHNSON, for plaintiff in error.

Mr. JOHN A. RUSH, for defendant in error.

*Per Curiam.*

We have thoroughly examined the record, briefs and opinion of the Court of Appeals in this cause, and after full and careful consideration are of the opinion that the conclusion reached by that court is correct. Its judgment is therefore affirmed.

*Judgment affirmed.*

Decision *en banc.*

---

[No. 8268.]

RYAN ET AL. V. GREIGEL ET AL.

*Error to the Court of Appeals.*

Messrs. VAILE, MCALLISTER & VAILE, for plaintiffs in error.
Mr. E. L. CLOVER, for defendants in error.

*En banc—Per Curiam.*

This cause is before us on error to the Court of Appeals which affirmed the judgment. 25 Colo. App. 122, 136 Pac. 804.

For the reasons stated in the opinion of the Court of Appeals, we think the judgment was rightly affirmed.

*Affirmed.*